# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**WILLEM GRINTJES, et al.,**
        **Plaintiffs,**

   v.                                                                                   **Case No. 06C997**

**DOLE FOOD COMPANY, INC., et al.,**
        **Defendants.**

---

## ORDER

      Plaintiffs Willem, Ella, Anne and Neil Grintjes have filed a motion to seal several documents. Specifically, they have moved to seal: "Petition and Order for Appointment of Guardian ad Litem," "Petition and Order for Approval of Minor Settlement," and various exhibits and attachments submitted in support of the settlement. I will grant this motion in part and deny it in part. Plaintiffs have shown good cause for filing the documents related to the settlement of this case under seal – namely, protection of the minor plaintiffs. However, plaintiffs have not offered good cause to support filing their guardian ad litem petition under seal. It does not contain any private information about the minor plaintiffs or their settlement of this case. Thus, I will order the clerk of court to unseal that document after seven days. If plaintiffs wants to withdraw their guardian ad litem petition rather than seeing it unsealed, they may withdraw it within seven days.

      After ten days, assuming that plaintiffs' do not withdraw their guardian ad litem petition, I will rule on that petition and their petition for approval of the settlement. I note that my own orders regarding these motions will not be filed under seal, though I will not include confidential information in such orders.

**Therefore,**

**IT IS ORDERED** that plaintiffs' motion to seal is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that plaintiffs' "Petition and Order for Approval of Minor Settlement," along with the exhibits and attachments thereto, shall remain filed under seal until further order of the court.

**IT IS FURTHER ORDERED** that the clerk of court shall unseal plaintiffs' "Petition and Order for Appointment of Guardian ad Litem" after seven (7) days.

Dated at Milwaukee, Wisconsin, this 3 day of December, 2007.

/s
LYNN ADELMAN
District Judge