# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLEM GRINTJES, et al.,
        Plaintiffs,

v.                                                     Case No. 06C997

DOLE FOOD COMPANY, INC., et al.,
        Defendants.

## ORDER

Plaintiffs Willem, Ella, Anne and Neil Grintjes have filed a petition for appointment of a guardian ad litem for minor plaintiffs Willem and Ella. They have also filed, under seal, a petition for approval of a minor settlement. I will address both of these petitions herein.[1]

Plaintiffs have shown that it would be appropriate to appoint Attorney Erik B. Ellingson as guardian ad litem to protect the interests of the minor plaintiffs in this case, and I will grant their petition for appointment.

As for the settlement, while parties do not need the court's approval to settle cases in federal court, they sometimes ask for the court's approval of a minor settlement so that everyone can have confidence that the settlement protects the interests of the minors involved. I have reviewed plaintiffs' petition for approval of their minor settlement, along with the attached documents describing the settlement and the planned disbursal of settlement funds, the process of reaching the settlement, and the reasonableness of

---

[1] I had told the parties that I would wait to decide plaintiffs' motions until plaintiffs had an opportunity to withdraw the guardian ad litem petition after I decided that it should not have been filed under seal. However, plaintiffs have notified me that they do not intend to withdraw their motion and asked me to rule at my earliest convenience.

attorney fees and costs. These documents indicate that all of the attorneys who worked on this case, including those representing the minor plaintiffs, acted diligently and reasonably; that it is in the minor plaintiffs' best interest to settle their claims; and that the settlement amount and planned disbursement of settlement funds is fair and reasonable. As such, I will approve the petition for approval of a minor settlement.

**For the reasons stated,**

**IT IS ORDERED** that plaintiffs' petition for appointment of a guardian ad litem is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs' petition for approval of a minor settlement, which was filed with supporting documents under seal and ordered to remain under seal, is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 5 day of December, 2007.

/s
LYNN ADELMAN
District Judge