## ORDER APPOINTING GUARDIAN AD LITEM

Upon the forgoing Petition and upon all the records, files, and proceedings in this action and on the motion of the Law Offices of Erik B. Ellingson, attorneys for the Plaintiffs;

IT IS ORDERED that Erik B. Ellingson, an attorney admitted to practice law in this state, is appointed Guardian ad Litem for the minor children, Willem Grintjes and Ella Grintjes, in the matter of the Petition for Approval of Minor Settlement on behalf of the minor children.

Dated this ___ day of November, 2007.

---

Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin

## CONSENT TO ACT

I, Erik B. Ellingson, an attorney-at-law admitted to practice in this state, State Bar Number 1006551, consent to act as Guardian ad Litem for the above-named minor children, Willem Grintjes and Ella Grintjes.

Erik B. Ellingson
Guardian ad Litem